UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 26-CR-14031-MARTINEZ**

UNITED STATES OF AMERICA

v.

JESUS PEREZ-MARTIN,

　　Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S
## REPORT AND RECOMMENDATION ON CHANGE OF PLEA

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea Hearing before a Magistrate Judge.

**THE MATTER** was heard in front of Magistrate Judge Shaniek Mills Maynard on May 29, 2026 **[ECF No. 20]**. A Report and Recommendation was filed on June 4, 2026, recommending that the Defendant's plea of guilty be accepted **[ECF No. 23]**. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. In fact, both parties issued a joint *Notice of No Objection to the Report and Recommendation on Change of Plea* **[ECF No. 24]**. The Court has conducted a de novo review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation **[ECF No. 23]** of United States Magistrate Judge Shaniek Mills Maynard is hereby **AFFIRMED** and **ADOPTED** in its entirety.

The Defendant is adjudged guilty of Count One of the Indictment. Count One charges the Defendant with being a Previously Removed Alien Found in the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1). The Defendant acknowledged that he understood the statutory penalties that apply in his case.

Sentencing will be set in this matter for **Monday, August 24, 2026, at 10:30 a.m.,** before

the Honorable District Judge Jose E. Martinez, at the Alto Lee Adams Sr. United States Courthouse, 101 South U.S. Highway 1, Fort Pierce, Florida 34950. Additionally, at the request of the Defense, a Popti interpreter will be requested for said hearing.

**DONE AND ORDERED** in Miami, Florida, this ___16___ day of June 2026.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:    all counsel of record
U.S. Magistrate Judge Shaniek Mills Maynard
U.S. Probation Office